IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL CAMERON<br>51 Lake Street<br>Stoneboro, PA 16153<br>　　　　　Plaintiff, | Civil Action<br><br>Case No. 2:08-CV-01522-GLL |
| v. | STIPULATION OF<br>DISCONTINUANCE |
| PERKINS & MARIE CALLENDER'S, INC.<br>6075 Poplar Avenue, Suite 800<br>Memphis, TN 38119 | Justice Assigned:<br>Gary L. Lancaster |
| and | |
| UNIQUE VENTURES GROUP, LLC,<br>t/d/b/a PERKINS RESTAURANT AND<br>BAKERY<br>358 Hadley Road<br>Greenville, PA 16125<br>　　　　　Defendants. | |

IT IS HEREBY STIPULATED that the above reference action be and the same is hereby discontinued, with prejudice as to all Defendants, and that this Stipulation can be filed with the Clerk of Courts without further notice to any party.

Date: 10/12/09

Timothy M. Kolman & Associates

By: _____
Timothy M. Kolman, Esquire
Counsel for Plaintiff

Date: 10/22/09

Shafer Law Firm

By: _____
Jeffrey K. Millin, Esquire
Counsel for Defendants

SO ORDERED, this 26th day of October, 2009.

_____
Gary L. Lancaster, Chief U.S. District Judge